IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHANNON SIMMONS                                                                                    PLAINTIFF

v.                                         Case No. 1:13-cv-01017

SHERIFF DAVID NORWOOD; DOUG WOODS;
ANDREW TOLLERSON; and JAMES BOLTON                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 14, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 34). Judge Bryant recommends Defendants' Motion for Summary Judgment (ECF No. 21) be granted.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion for Summary Judgment (ECF No. 21) is hereby **GRANTED**. This case is dismissed in its entirety.

**IT IS SO ORDERED**, this 3rd day of February, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge